1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICARDO SCOTT LUNA,

12                  Petitioner,                    2:06-cv-0234-GEB-EFB-P

13            vs.

14   DAVID L. RUNNELS,

15                  Respondents.              ORDER

16   _____/

17        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See*

18   28 U.S.C. § 2254.  Currently pending is petitioner's request for reconsideration of this court's

19   order denying his motion to stay this action and hold it in abeyance while he exhausts the

20   available state remedies.  For the reasons explained, the motion must be denied.

21        Petitioner's motion for reconsideration is late.  Pursuant to the Local Rules of this Court,

22   the ruling of a magistrate judge becomes final within ten court days from the date the ruling is

23   served on the parties.  L.R. 72-303(b).  The court denied petitioner's motion to stay this action on

24   January 17, 2007.  Petitioner filed his motion for reconsideration on September 8, 2008.  Thus,

25   the motion must be denied on the ground that it is untimely under the local rules.

26   ///

1    Accordingly, it is ORDERED that petitioner's September 8, 2008, motion for

2 reconsideration is denied.

3 Dated:  November 17, 2008

4

5    _____

6    GARLAND E. BURRELL, JR.
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26